**Linda L. KENNEDY, Plaintiff–Appellant,**

v.

**VIRGINIA STATE BAR; Thomas A. Edmonds; Paul Georgiadis; James C. McCauley; Barbara Williams; Rhysa South, Defendants–Appellees.**

No. 02–2359.

United States Court of Appeals, Fourth Circuit.

Submitted April 8, 2003.

Decided April 17, 2003.

Linda L. Kennedy, Appellant Pro Se. James Walter Hopper, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Linda L. Kennedy appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated on the bench by the district court. *See Kennedy v. Virginia State Bar*, No. CA–02–481 (E.D.Va. Oct. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*